UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTIVA HEALTH SERVICES, INC., et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>REBECCA HAY,<br><br>            Defendant. | Case No.  20-cv-06373-VC<br><br>**ORDER TO RESPOND TO TRO APPLICATION**<br><br>Re: Dkt. No. 11 |

Assuming the parties do not reach agreement beforehand about sequestration or return of the material allegedly taken, the defendant Rebecca Hay is ordered to respond to the plaintiffs' application for a temporary restraining order by Thursday, September 17, 2020 at 5 p.m. Any reply is due by Monday, September 21, 2020 at 5 p.m.

Meanwhile, the defendant is reminded of her preexisting legal obligation to preserve all documents and evidence that could even possibly be relevant to this case.

The plaintiffs must serve a copy of this order on the defendant by 6 p.m. today.

**IT IS SO ORDERED.**

Dated: September 14, 2020

_____
VINCE CHHABRIA
United States District Judge