UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTIVA HEALTH SERVICES, INC., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> REBECCA HAY, <br><br>  Defendant. | Case No. 20-cv-06373-VC <br><br> **ORDER DENYING APPLICATION FOR TRO** <br><br> Re: Dkt. No. 11 |

A temporary restraining order is not warranted on this record. First, Gentiva has not demonstrated a likelihood that Hay intends to use the referral logs in a way that would cause it imminent harm; indeed, Hay has stated that she will not use them and is prepared to delete or return them. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). Moreover, although Gentiva raises some questions about whether Hay sent herself protected information, Gentiva has not submitted sufficient evidence demonstrating that the referral logs contain trade secrets—Gentiva did not submit the logs themselves, and offered only vague descriptions of their contents. Without more, a temporary restraining order is unwarranted.

**IT IS SO ORDERED.**

Dated: September 23, 2020

VINCE CHHABRIA
United States District Judge