Dylan B. Carp (SBN 196846)
Angel R. Sevilla (SBN 239072)
Kayla M. Rathjen (SBN 330046)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:   (415) 394-9400
Facsimile:   (415) 394-9401
E-mail:  Dylan.Carp@jacksonlewis.com
E-mail:  Angel.Sevilla@jacksonlewis.com
E-mail:  Kayla.Rathjen@jacksonlewis.com

Attorneys for Plaintiffs
GENTIVA HEALTH SERVICES, INC. and
PROFESSIONAL HEALTHCARE AT HOME, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTIVA HEALTH SERVICES, INC. and PROFESSIONAL HEALTHCARE AT HOME, LLC,<br><br>                           Plaintiffs,<br><br>v.<br><br>REBECCA HAY, an individual; and DOES 1 through 100, inclusive<br><br>                           Defendants. | Case No.: 3:20-cv-06373-VC<br><br>[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:  December 8, 2020<br>Time:  2:00 p.m.<br>Department:  Zoom Webinar<br><br>Dated Filed: September 10, 2020<br>Trial Date:   None Set |

Pursuant to Good Cause, the Court hereby Orders that the Case Management Conference, now scheduled for December 8, 2020, is continued and shall be scheduled to take place on <u>Tuesday, January 5</u>, 20<u>21</u> at <u>2 p.m. via zoom</u> ~~a.m./p.m.~~  The Case Management Statement is due by <u>Tuesday, Dec 29</u>, 20<u>21</u>.

**IT IS SO ORDERED.**

Dated: <u>November 4</u>, 2020

_____
The Honorable Vince Chhabria
United States District Court,
Northern District of California

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

1

[~~PROPOSED~~] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE                                                               Case No. 3-20-cv-06373-VC