1  Dylan B. Carp (SBN 196846)
   Angel R. Sevilla (SBN 239072)
2  Kayla M. Rathjen (SBN 330046)
   JACKSON LEWIS P.C.
3  50 California Street, 9th Floor
   San Francisco, California  94111-4615
4  Telephone:    (415) 394-9400
   Facsimile:    (415) 394-9401
5  E-mail:  Dylan.Carp@jacksonlewis.com
   E-mail:  Angel.Sevilla@jacksonlewis.com
6  E-mail:  Kayla.Rathjen@jacksonlewis.com

7  Attorneys for Plaintiffs
   GENTIVA HEALTH SERVICES, INC. and
8  PROFESSIONAL HEALTHCARE AT HOME, LLC

9  Theodore George Spanos (State Bar No. 126354)
   Michael A. Vacchio (State Bar No. 110057)
10 SPANOS & GUSTAFSON LLP
11 21650 W. Oxnard Street 5th Floor
   Twenty-Second Floor
12 Woodland Hills, CA 91367
13 Telephone:  (818) 827-9240
   Facsimile:   (818) 337-7107
14 Email: tspanos@spanoslaw.com
   Email: mvacchio@spanoslaw.com
15

16 Attorneys for Defendant
   REBECCA HAY
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GENTIVA HEALTH SERVICES, INC. and PROFESSIONAL HEALTHCARE AT HOME, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REBECCA HAY, an individual; and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | Case No.: 3:20-cv-06373-VC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND RELATED DEADLINES**<br><br>Dated Filed: September 10, 2020<br>Trial Date:    None Set |
|---|---|

1   Pursuant to Good Cause, the Court hereby Orders that the hearing date on
2   Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 23), now
3   scheduled for December 10, 2020, is continued and shall be scheduled to take place on
4   January 14, 2021 at 10 a.m. ~~a.m./p.m.~~   Plaintiffs' Opposition is due by
5   December 17, 2020. Defendant's reply is due by December 24, 2020.

**IT IS SO ORDERED.**

Dated: November 12, 2020

GRANTED
Judge Vince Chhabria

4843-8338-5041, v. 2